# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-1395**  **September Term, 2016**

FCC-81FR76220

Filed On: November 15, 2016 [1646218]

News Media Alliance,

       Petitioner

    v.

Federal Communications Commission and
United States of America,

       Respondents

------------------------------

Consolidated with 16-1394

## N O T I C E

    This case was docketed on November 14, 2016. The Federal Communications Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on November 14, 2016, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                   BY:    /s/
                                    Amanda Harris
                                    Deputy Clerk

Attachment:
    Certified Copy of Petition for Review