# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF BROADCASTERS,<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>    Respondents. | Case No. 16-1394<br>(Consolidated with Case Nos. 16-1395, 16-1398, 16-1403) |

## NATIONAL ASSOCIATION OF BROADCASTERS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), petitioner the National Association of Broadcasters ("NAB") moves to voluntarily dismiss this appeal. On December 1, 2016, NAB filed with the Federal Communications Commission ("FCC") a petition for reconsideration of the order on review. Accordingly, at this time, the order is no longer appealable as final agency action with respect to NAB.

The FCC and the United States do not oppose this motion. The parties have agreed that each side shall bear its own costs and fees.

NAB respectfully requests that the Court grant this motion before December 15, 2016, which is the current deadline for initial submissions and procedural motions in this case.

Dated:  December 2, 2016

Respectfully submitted,

  /s/ Helgi C. Walker

Rick Kaplan
Jerianne Timmerman
NATIONAL ASSOCIATION OF
BROADCASTERS
1771 N Street, N.W.
Washington, D.C. 20036
Telephone: (202) 429-5430

Helgi C. Walker
  *Counsel of Record*
Ashley S. Boizelle
Rebekah Ricketts
Lindsay S. See
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Petitioner National Association of Broadcasters*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2016, I caused a copy of the foregoing Motion to Voluntarily Dismiss Appeal to be served with the Clerk of the Court via the Court's CM/ECF filing system. I further certify that service was accomplished on the parties listed below via the Court's CM/ECF system.

Andrew Jay Schwartzman
Drew Simshaw
Georgetown University Law Center
600 New Jersey Ave., N.W., Room 312
Washington, D.C. 20001

*Counsel for Prometheus Radio Project and Media Mobilizing Project*

David W. D'Alessandro
Dennis Lane
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., N.W.
Washington, D.C. 20006

*Counsel for Multicultural Media, Telecom and Internet Council & National Association of Black Owned Broadcasters, Inc.*

Robert Allen Long, Jr.
Kurt Wimmer
Kevin King
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001

*Counsel for News Media Alliance*

Jacob M. Lewis
Richard Kiser Welch
James M. Carr
Federal Communications Commission
445 12th Street, S.W., Room 8-A741
Washington, D.C. 20554

*Counsel for Federal Communications Commission*

Nickolai G. Levin
Robert B. Nicholson
U.S. Department of Justice
Antitrust Division, Appellate Section
950 Pennsylvania Ave., N.W.,
Room 3224
Washington, D.C. 20530

*Counsel for United States of America*

                                <u>/s/ Helgi C. Walker</u>
                                Helgi C. Walker
                                GIBSON, DUNN & CRUTCHER LLP
                                1050 Connecticut Ave., N.W.
                                Washington, D.C. 20036